**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARY CONNER, Individually and as the
representative of a class of similarly situated persons,

                                                       Case No.   1:20-cv-343-RRM-VMS

                    Plaintiff,

                  - against -

SAUCE VENTURES, LLC d/b/a Truff Hot Sauce,

                    Defendants.
------------------------------------------------------------X

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

       Mary Conner, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP

41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of

the above-referenced matter against Sauce Ventures, LLC.  No Answer has been filed in this

case.

Dated: Scarsdale, New York
      March 11, 2020       3/10/20

      **So Ordered**                   SHAKED LAW GOUP, P.C.
                                      Attorneys for Plaintiff

      s/ Roslynn R. Mauskopf

                         By:  */s/Dan Shaked*
**Roslynn R. Mauskopf**           Dan Shaked (DS-3331)
**United States District Judge**       14 Harwood Court, Suite 415
                                  Scarsdale, NY 10583
                                  Tel. (917) 373-9128
                                  e-mail: ShakedLawGroup@Gmail.com